# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JESSE BUSK, | ) | |
| Plaintiff(s), | ) | Case No. 2:10-cv-1854-RLH-RJJ |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | (Motion to Dismiss–#6) |
| INTEGRITY STAFFING SOLUTIONS. | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Before the Court is Defendant's Motion to Dismiss (#6, filed November 24, 2010).

Plaintiff has filed a Statement of Non-Opposition to Defendant's Motion to Dismiss (#8).

Accordingly, and for good cause appearing, IT IS HEREBY ORDERED that

Defendant's Motion to Dismiss (#6) is granted, and the original Complaint is DISMISSED.

Dated: January 7, 2011.

_____

**Roger D. Hunt**
**Chief United States District Judge**

1